AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00287 |
| Troy Sargent | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 03/08/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Troy Sargent**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly Assaulting, Resisting, Opposing, Impeding Federal Officers,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Knowingly Engaging in Physical Violence in Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(F) - Willfully and Knowingly Engaging in Physical Violence in Capitol Grounds or Buildings.

Date: 03/08/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.08 13:54:09 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* March 8, 2021, and the person was arrested on *(date)* March 9, 2021
at *(city and state)* Pittsfield, MA.

Date: March 9, 2021

Tony LaCasse
*Arresting officer's signature*

Tony LaCasse, Special Agent, FBI
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Troy Sargent

Known aliases:

Last known residence: 460 East Street, Apartment 1A, Pittsfield, MA 01201

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 4/20/1984

Social Security number: 014768886

Height: 5'11"    Weight: 180

Sex: Male    Race: White / Non-Hispanic

Hair: Brown    Eyes: Green / Brown

Scars, tattoos, other distinguishing marks: Tattoo on leg (R Calf)

History of violence, weapons, drug use: Arrests for drug possession in 2011 and 1999 that may not have resulted in convictions

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 698968EC5

Complete description of auto: 1999 Green Acura 3.0 Cl Coupe bearing Massachusetts Registration No. 7NB375

Investigative agency: Federal Bureau of Investigation

Investigative agency address: Washington, D.C.

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: