| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013173 | CAP02_000013178 | 6 | (U) OPENING EC - Full Investigation on Troy E. Sargent |
| Sargent_01 | | | CAP02_000013179 | CAP02_000013180 | 2 | (U) Communication with Pittsfield Police Department |
| Sargent_01 | | | CAP02_000013181 | CAP02_000013181 | 1 | (U) Agent Notes with Officer Hallas142948.pdf |
| Sargent_01 | | | CAP02_000013182 | CAP02_000013183 | 2 | (U) Interview of XXXXXXXX |
| Sargent_01 | | | CAP02_000013184 | CAP02_000013185 | 2 | (U) Agent Interview Notes XXXXXXXX165515.pdf |
| Sargent_01 | | | CAP02_000013186 | CAP02_000013189 | 4 | (U) XXXXXXXX Figures One to Four165611.pdf |
| Sargent_01 | | | CAP02_000013190 | CAP02_000013191 | 2 | U Identified Second Pittsfield Resident at Capitol Incident |
| Sargent_01 | | | CAP02_000013192 | CAP02_000013200 | 9 | attachment to U Identified Second Pittsfield Resident at Capitol Incident |
| Sargent_01 | | | CAP02_000013201 | CAP02_000013202 | 2 | U XXXXXXXX_Email_703031_BS_1610735433669.pdf |
| Sargent_01 | | | CAP02_000013203 | CAP02_000013203 | 1 | U SARGENT,_Troy_-_MIDNet.pdf |
| Sargent_01 | | | CAP02_000013204 | CAP02_000013204 | 1 | U XXXXXXXX_Email_2_703031_BS_1610737802895.pdf |
| Sargent_01 | | | CAP02_000013205 | CAP02_000013205 | 1 | U XXXXXXXX_Conversation_Notes142629_703031_BS_1610566113021.pdf |
| Sargent_01 | | | CAP02_000013206 | CAP02_000013206 | 1 | U Sargent_Preservation_Letter142609_703031_BS_1610566146462.pdf |
| Sargent_01 | | | CAP02_000013207 | CAP02_000013209 | 3 | U SARGENT,_Troy_-_Coplink_Mugs.pdf |
| Sargent_01 | | | CAP02_000013210 | CAP02_000013213 | 4 | U SARGENT,_Troy_-_AFIS_Rap_Sheet.pdf |
| Sargent_01 | | | CAP02_000013214 | CAP02_000013218 | 5 | U SARGENT,_Troy_-_BOP.pdf |
| Sargent_01 | | | CAP02_000013219 | CAP02_000013236 | 18 | U//FOUO CLEAR_Sargent,_Troy_703031_BS_1611153889742.pdf |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013237 | CAP02_000013237 | 1 | U Sargent_FB_Post_01112021.pdf |
| Sargent_01 | | | CAP02_000013238 | CAP02_000013238 | 1 | U SARGENT,_Troy_-_ISO_06-22-2005.pdf |
| Sargent_01 | | | CAP02_000013239 | CAP02_000013239 | 1 | U Sargent_Facebook_Video.mp4 |
| Sargent_01 | | | CAP02_000013240 | CAP02_000013278 | 39 | U//FOUO Troy_Sargent_face_results_703031_BS_1611335230054.pdf |
| Sargent_01 | | | CAP02_000013279 | CAP02_000013294 | 16 | U SAR_Import.txt |
| Sargent_01 | | | CAP02_000013295 | CAP02_000013299 | 5 | U XXXXXXXX_Email_1_703031_BS_1610737784655.pdf |
| Sargent_01 | | | CAP02_000013300 | CAP02_000013310 | 11 | U SARGENT,_Troy_-_TLO.pdf |
| Sargent_01 | | | CAP02_000013311 | CAP02_000013312 | 2 | U SARGENT,_Tony_-_Subject_Workup_PDF.pdf |
| Sargent_01 | | | CAP02_000013313 | CAP02_000013317 | 5 | attachments to U SARGENT,_Tony_-_Subject_Workup_PDF.pdf |
| Sargent_01 | | | CAP02_000013318 | CAP02_000013318 | 1 | attachments to U SARGENT,_Tony_-_Subject_Workup_PDF.pdf |
| Sargent_01 | | | CAP02_000013319 | CAP02_000013335 | 17 | attachments to U SARGENT,_Tony_-_Subject_Workup_PDF.pdf |
| Sargent_01 | | | CAP02_000013336 | CAP02_000013336 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610737841315.zip |
| Sargent_01 | | | CAP02_000013337 | CAP02_000013344 | 8 | U Attachments_from_XXXXXXXX_703031_BS_1610737841315.zip |
| Sargent_01 | | | CAP02_000013345 | CAP02_000013352 | 8 | U Attachments_from_XXXXXXXX_703031_BS_1610737841315.zip |
| Sargent_01 | | | CAP02_000013353 | CAP02_000013353 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610737841315.zip |
| Sargent_01 | | | CAP02_000013354 | CAP02_000013359 | 6 | U SARGENT,_Troy_-_Coplink_Summary.pdf |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013360 | CAP02_000013360 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013361 | CAP02_000013361 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013362 | CAP02_000013362 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013363 | CAP02_000013363 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013364 | CAP02_000013364 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013365 | CAP02_000013365 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013366 | CAP02_000013366 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013367 | CAP02_000013367 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013368 | CAP02_000013368 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013369 | CAP02_000013369 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013370 | CAP02_000013370 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013371 | CAP02_000013371 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013372 | CAP02_000013372 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013373 | CAP02_000013373 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013374 | CAP02_000013374 | 1 | U Attachments_from_XXXXXXXX_703031_BS_1610735462983.zip |
| Sargent_01 | | | CAP02_000013375 | CAP02_000013391 | 17 | U//FOUO SARGENT,_Troy_-_CLEAR_703031_BS_1610652742596.pdf |
| Sargent_01 | | | CAP02_000013392 | CAP02_000013394 | 3 | U SARGENT,_Troy_-_ISO_12-30-2002.pdf |
| Sargent_01 | | | CAP02_000013395 | CAP02_000013503 | 109 | U//FOUO SARGENT,_TROY_703031_BS_1611153826299.pdf |
| Sargent_01 | | | CAP02_000013504 | CAP02_000013547 | 44 | U//FOUO Troy_Sargent_name_results_703031_BS_1611335302917.pdf |
| Sargent_01 | | | CAP02_000013548 | CAP02_000013549 | 2 | U SARGENT,_Troy_-_KQ_Driver_History.pdf |
| Sargent_01 | | | CAP02_000013550 | CAP02_000013550 | 1 | U SARGENT,_Troy_-_R1.pdf |
| Sargent_01 | | | CAP02_000013551 | CAP02_000013551 | 1 | U SARGENT,_Troy_-_R5.pdf |
| Sargent_01 | | | CAP02_000013552 | CAP02_000013553 | 2 | U SARGENT,_Troy_-_ISO_08-13-2018.pdf |
| Sargent_01 | | | CAP02_000013554 | CAP02_000013554 | 1 | U//FOUO SARGENT,_TROY_photo_703031_BS_1611153946039.jpg |
| Sargent_01 | | | CAP02_000013555 | CAP02_000013558 | 4 | U//FOUO DIVS_SAR_screenshot_703031_BS_1610652723228.pdf |
| Sargent_01 | | | CAP02_000013559 | CAP02_000013560 | 2 | U Tip-2021-8624.pdf |
| Sargent_01 | | | CAP02_000013561 | CAP02_000013562 | 2 | U SARGENT,_Troy_-_Coplink_Docs.pdf |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013563 | CAP02_000013579 | 17 | U SARGENT,_Troy_-_CLEAR.pdf |
| Sargent_01 | | | CAP02_000013580 | CAP02_000013588 | 9 | (U) 703031_BS.pdf |
| Sargent_01 | | | CAP02_000013589 | CAP02_000013589 | 1 | (U) Physical Surveillance of 460 East Street, Apartment 1A, Pittsfield, MA |
| Sargent_01 | | | CAP02_000013590 | CAP02_000013590 | 1 | (U) IMG_0120.jpeg |
| Sargent_01 | | | CAP02_000013591 | CAP02_000013591 | 1 | (U) IMG_0126.jpeg |
| Sargent_01 | | | CAP02_000013592 | CAP02_000013592 | 1 | (U) IMG_0124.jpeg |
| Sargent_01 | | | CAP02_000013593 | CAP02_000013593 | 1 | (U) IMG_0127.jpeg |
| Sargent_01 | | | CAP02_000013594 | CAP02_000013594 | 1 | (U) IMG_0122.jpeg |
| Sargent_01 | | | CAP02_000013595 | CAP02_000013595 | 1 | (U) IMG_0125.jpeg |
| Sargent_01 | | | CAP02_000013596 | CAP02_000013596 | 1 | (U) IMG_0121.jpeg |
| Sargent_01 | | | CAP02_000013597 | CAP02_000013597 | 1 | (U) IMG_0128.jpeg |
| Sargent_01 | | | CAP02_000013598 | CAP02_000013599 | 2 | (U) Interview with XXXXXXXX |
| Sargent_01 | | | CAP02_000013600 | CAP02_000013602 | 3 | (U) Agent Interview Notes XXXXXXXX104217.pdf |
| Sargent_01 | | | CAP02_000013603 | CAP02_000013603 | 1 | (U) [EXTERNAL_EMAIL]_-__SARGENT,_Troy-2.zip |
| Sargent_01 | | | CAP02_000013604 | CAP02_000013604 | 1 | (U) [EXTERNAL_EMAIL]_-__SARGENT,_Troy-2.zip |
| Sargent_01 | | | CAP02_000013605 | CAP02_000013605 | 1 | (U) Trump Supporter Knocked Out extended version (Not me filming).mp4 |
| Sargent_01 | | | CAP02_000013606 | CAP02_000013607 | 2 | (U) Mail - Lacasse, Tony Joseph (BS) (FBI) with XXXXXXXX.pdf |
| Sargent_01 | | | CAP02_000013608 | CAP02_000013608 | 1 | (U) Physical Surveillance of 460 East Street, Apartment 1A, Pittsfield MA |
| Sargent_01 | | | CAP02_000013609 | CAP02_000013609 | 1 | (U) IMG_0161.jpeg |
| Sargent_01 | | | CAP02_000013610 | CAP02_000013610 | 1 | (U) Surveillance 2.19.21112649.pdf |
| Sargent_01 | | | CAP02_000013611 | CAP02_000013611 | 1 | (U) IMG_0162.jpeg |
| Sargent_01 | | | CAP02_000013612 | CAP02_000013613 | 2 | (U//FOUO) Troy Sargent Surveillance |
| Sargent_01 | | | CAP02_000013614 | CAP02_000013615 | 2 | (U//FOUO) Troy Sargent Surveillance |
| Sargent_01 | | | CAP02_000013616 | CAP02_000013620 | 5 | (U//FOUO) Troy Sargent Surveillance |
| Sargent_01 | | | CAP02_000013621 | CAP02_000013621 | 1 | (U//FOUO) _image_144919.pdf |
| Sargent_01 | | | CAP02_000013622 | CAP02_000013622 | 1 | (U) Facebook preservation requests |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013623 | CAP02_000013623 | 1 | (U) Physical Surveillance Spot Checks of 460 East Street, Apartment 1A, Pittsfield, MA |
| Sargent_01 | | | CAP02_000013624 | CAP02_000013624 | 1 | (U) Sargent Surveillance Notes130034.pdf |
| Sargent_01 | | | CAP02_000013625 | CAP02_000013627 | 3 | (U) Evidence Collection on 3/9/21 |
| Sargent_01 | | | CAP02_000013628 | CAP02_000013628 | 1 | (U) Arrest Warrant, Criminal Complaint, Statement of Fact, and Sealing Order for Troy Sargent |
| Sargent_01 | | | CAP02_000013629 | CAP02_000013630 | 2 | (U) [EXTERNAL_EMAIL]-__FW__New_Criminal_Case_for_Filing_-_Troy_Sargent_-_(AW,_Complaint,_SOF_attached)-2.zip |
| Sargent_01 | | | CAP02_000013631 | CAP02_000013631 | 1 | (U) [EXTERNAL_EMAIL]-__FW__New_Criminal_Case_for_Filing_-_Troy_Sargent_-_(AW,_Complaint,_SOF_attached)-2.zip |
| Sargent_01 | | | CAP02_000013632 | CAP02_000013632 | 1 | (U) [EXTERNAL_EMAIL]-__FW__New_Criminal_Case_for_Filing_-_Troy_Sargent_-_(AW,_Complaint,_SOF_attached)-2.zip |
| Sargent_01 | | | CAP02_000013633 | CAP02_000013634 | 2 | (U) [EXTERNAL_EMAIL]-__FW__New_Criminal_Case_for_Filing_-_Troy_Sargent_-_(AW,_Complaint,_SOF_attached)-2.zip |
| Sargent_01 | | | CAP02_000013635 | CAP02_000013644 | 10 | (U) [EXTERNAL_EMAIL]-__FW__New_Criminal_Case_for_Filing_-_Troy_Sargent_-_(AW,_Complaint,_SOF_attached)-2.zip |
| Sargent_01 | | | CAP02_000013645 | CAP02_000013645 | 1 | (U) Return of Warrants |
| Sargent_01 | | | CAP02_000013646 | CAP02_000013655 | 10 | (U) Sargent Search  Warrants  Returns115021.pdf |
| Sargent_01 | | | CAP02_000013656 | CAP02_000013657 | 2 | (U) Sargent Arrest Warrant Return115159.pdf |
| Sargent_01 | | | CAP02_000013658 | CAP02_000013659 | 2 | (U) Troy Sargent Media Articles from Open Source Research |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013660 | CAP02_000013666 | 7 | (U) WCVB-FBI arrests Pittsfield man in connection with charges related to US Capitol riot.pdf |
| Sargent_01 | | | CAP02_000013667 | CAP02_000013673 | 7 | (U) Law and Crime-Capitol Rioter Troy Sargent Confessed to Assaulting Police_ Feds.pdf |
| Sargent_01 | | | CAP02_000013674 | CAP02_000013682 | 9 | (U) Boston Globe-Man arrested for allegedly assaulting police during insurrection at Capitol _ Boston.com.pdf |
| Sargent_01 | | | CAP02_000013683 | CAP02_000013689 | 7 | (U) MassLive-Troy Sargent arrested after FBI says Pittsfield man participated in violence at U.S. Capitol - masslive.com.pdf |
| Sargent_01 | | | CAP02_000013690 | CAP02_000013694 | 5 | (U) The Berkshire Eagle-Third Berkshire resident arrested in siege on US Capitol _ Local News _ berkshireeagle.com.pdf |
| Sargent_01 | | | CAP02_000013695 | CAP02_000013695 | 1 | (U) 0176-BS-3382583_0000016_1A0000010_0000001_PHYSICAL.pdf |
| Sargent_01 | | | CAP02_000013696 | CAP02_000013696 | 1 | (U) Applications, Affidavit, Search Warrants, and Motion to Seal for Troy E. Sargent |
| Sargent_01 | | | CAP02_000013697 | CAP02_000013698 | 2 | (U) 21-3048  Warrant by Telephone.3.Sargent Person.pdf |
| Sargent_01 | | | CAP02_000013699 | CAP02_000013699 | 1 | (U) 21-3047  Application by Telephone.2.Sargent Acura.pdf |
| Sargent_01 | | | CAP02_000013700 | CAP02_000013701 | 2 | (U) 21-3047  Warrant by Telephone.2.Sargent Acura.pdf |
| Sargent_01 | | | CAP02_000013702 | CAP02_000013702 | 1 | (U) 21-3046 Application by Telephone.1.Sargent Residence.pdf |
| Sargent_01 | | | CAP02_000013703 | CAP02_000013704 | 2 | (U) Motion to Seal  SW.Sargent residence vehicle and person.FINAL.02-25-21.pdf |
| Sargent_01 | | | CAP02_000013705 | CAP02_000013772 | 68 | (U) SW.Sargent residence vehicle and person.FINAL.02-25-21 (3).pdf |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013773 | CAP02_000013774 | 2 | (U) 21-3046 Warrant by Telephone.1.Sargent Residence.pdf |
| Sargent_01 | | | CAP02_000013775 | CAP02_000013775 | 1 | (U) 21-3148 Application by Telephone.3.Sargent Person.pdf |
| Sargent_01 | | | CAP02_000013776 | CAP02_000013777 | 2 | (U//FOUO) Search Warrant Executed at 460 East Street, Apartment 1A, Pittsfield, MA |
| Sargent_01 | | | CAP02_000013778 | CAP02_000013778 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013779 | CAP02_000013779 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013780 | CAP02_000013780 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013781 | CAP02_000013784 | 4 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013785 | CAP02_000013785 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013786 | CAP02_000013786 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013787 | CAP02_000013787 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013788 | CAP02_000013788 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013789 | CAP02_000013789 | 1 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013790 | CAP02_000013823 | 34 | (U//FOUO) Sargent Search Documents.zip |
| Sargent_01 | | | CAP02_000013824 | CAP02_000013824 | 1 | (U) Service of Grand Jury Subpoenas with Nondisclosure Orders to AT&T, Charter, Sprint, & Verizon |
| Sargent_01 | | | CAP02_000013825 | CAP02_000013825 | 1 | (U) Initial Appearance of Troy Sargent |
| Sargent_01 | | | CAP02_000013826 | CAP02_000013829 | 4 | (U) 21-3053 Troy Sargent Conditions.pdf |
| Sargent_01 | | | CAP02_000013830 | CAP02_000013833 | 4 | (U) Docket Sheet.Sargent, Troy.21-mj-03053-KAR (D.Mass.).pdf |
| Sargent_01 | | | CAP02_000013834 | CAP02_000013834 | 1 | (U) 0176-BS-3382583_0000021_1A0000015_0000001_PHYSICAL.pdf |
| Sargent_01 | | | CAP02_000013835 | CAP02_000013836 | 2 | (U) Agent Notes Sargent Court Appearance111652.pdf |
| Sargent_01 | | | CAP02_000013837 | CAP02_000013837 | 1 | (U) FBI Boston Submits Troy Sargent's DNA Sample to FBI Laboratory |
| Sargent_01 | | | CAP02_000013838 | CAP02_000013838 | 1 | (U) Custodial Interview |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013839 | CAP02_000013839 | 1 | (U) Service of Grand Jury Subpoenas with Nondisclosure Orders to TracFone Wireless, Inc. |
| Sargent_01 | | | CAP02_000013840 | CAP02_000013841 | 2 | (U) Arrest, Transport, Booking, Interview, and Initial Appearance with Troy E. Sargent |
| Sargent_01 | | | CAP02_000013842 | CAP02_000013842 | 1 | (U) Right Profile_080819756.xml |
| Sargent_01 | | | CAP02_000013843 | CAP02_000013843 | 1 | (U) Tattoo_080911243.jpg |
| Sargent_01 | | | CAP02_000013844 | CAP02_000013844 | 1 | (U) Left Profile_080828726.xml |
| Sargent_01 | | | CAP02_000013845 | CAP02_000013845 | 1 | (U) Left Profile_080828726.jpg |
| Sargent_01 | | | CAP02_000013846 | CAP02_000013846 | 1 | (U) Tattoo_080911243.xml |
| Sargent_01 | | | CAP02_000013847 | CAP02_000013847 | 1 | (U) Frontal_080806785.xml |
| Sargent_01 | | | CAP02_000013848 | CAP02_000013848 | 1 | (U) Right Profile_080819756.jpg |
| Sargent_01 | | | CAP02_000013849 | CAP02_000013849 | 1 | (U) Frontal_080806785.jpg |
| Sargent_01 | | | CAP02_000013850 | CAP02_000013851 | 2 | (U) Troy Sargent Finger Print Card094417.pdf |
| Sargent_01 | | | CAP02_000013852 | CAP02_000013852 | 1 | (U) Troy Sargent Miranda Form094947.pdf |
| Sargent_01 | | | CAP02_000013853 | CAP02_000013853 | 1 | (U) Sargent Agent Notes101318.pdf |
| Sargent_01 | | | CAP02_000013854 | CAP02_000013854 | 1 | (U) Service of Grand Jury Subpoena to Massachusetts Department of Transportation |
| Sargent_01 | | | CAP02_000013855 | CAP02_000013855 | 1 | (U) Interview with XXXXXXXX |
| Sargent_01 | | | CAP02_000013856 | CAP02_000013857 | 2 | (U) Mail - Lacasse, Tony Joseph (BS) (FBI) with XXXXXXXX.pdf |
| Sargent_01 | | | CAP02_000013858 | CAP02_000013858 | 1 | (U) [EXTERNAL_EMAIL]_-__SARGENT,_Troy-2.zip |
| Sargent_01 | | | CAP02_000013859 | CAP02_000013859 | 1 | (U) [EXTERNAL_EMAIL]_-__SARGENT,_Troy-2.zip |
| Sargent_01 | | | CAP02_000013860 | CAP02_000013860 | 1 | (U) XXXXXXXX Agent Notes122118.pdf |
| Sargent_01 | | | CAP02_000013861 | CAP02_000013861 | 1 | (U) Custodial Interview of Troy E. Sargent Transcript |
| Sargent_01 | | | CAP02_000013862 | CAP02_000013933 | 72 | Attachment to (U) Custodial Interview of Troy E. Sargent Transcript |
| Sargent_01 | | | CAP02_000013934 | CAP02_000013934 | 1 | (U) Sargent Punch Protester Video.mp4 |
| Sargent_01 | | | CAP02_000013935 | CAP02_000013935 | 1 | (U) Push Officer Clip.mp4 |

| Volume | Sensitive | Highly Sensitive | BEGINBATES | ENDBATES | PAGECOUNT | Description |
|---|---|---|---|---|---|---|
| Sargent_01 | | | CAP02_000013936 | CAP02_000013939 | 4 | (U) Figures 2 through 8094745.pdf |
| Sargent_01 | | | CAP02_000013940 | CAP02_000013940 | 1 | (U) 0176-BS-3382583_0000029_1A0000024_0000004_PHYSICAL.pdf |
| Sargent_01 | | | CAP02_000013941 | CAP02_000014012 | 72 | (U) Sargent Arrest Interview.docx |
| Sargent_01 | | | CAP02_000014013 | CAP02_000014013 | 1 | (U) Subfile Opening Document |
| Sargent_01 | | | CAP02_000014014 | CAP02_000014014 | 1 | (U) Service of Grand Jury Subpoenas with Nondisclosure Orders to AT&T, Charter, Sprint, & Verizon |
| Sargent_01 | | | CAP02_000014015 | CAP02_000014046 | 32 | (U) Sargent Subpoenas with NDO120243.pdf |
| Sargent_01 | | | CAP02_000014047 | CAP02_000014055 | 9 | (U) Sprint Subpoena Fax120320.pdf |
| Sargent_01 | | | CAP02_000014056 | CAP02_000014056 | 1 | (U) Service of Grand Jury Subpoena to Massachusetts Department of Transportation |
| Sargent_01 | | | CAP02_000014057 | CAP02_000014062 | 6 | (U) MassDOT GJ2021031874077.pdf |
| Sargent_01 | | | CAP02_000014063 | CAP02_000014064 | 2 | (U) FedEx Shipping 110632.pdf |
| Sargent_01 | | | CAP02_000014065 | CAP02_000014065 | 1 | (U) Sprint Grand Jury Subpoena Response |
| Sargent_01 | | | CAP02_000014066 | CAP02_000014067 | 2 | (U) email-6245384-2021-034838-10007045.rtf |
| Sargent_01 | | | CAP02_000014068 | CAP02_000014076 | 9 | (U) email-6245384-2021-034838-10003810.tif |
| Sargent_01 | | | CAP02_000014077 | CAP02_000014077 | 1 | (U) Mail From Sprint - Lacasse, Tony Joseph (BS) (FBI) - Outlook.pdf |
| Sargent_01 | | | CAP02_000014078 | CAP02_000014079 | 2 | (U) email-6245384-2021-034838-10007044.rtf |
| Sargent_01 | | | CAP02_000014080 | CAP02_000014080 | 1 | (U) Service of Grand Jury Subpoenas with Nondisclosure Orders to TracFone Wireless, Inc. |
| Sargent_01 | | | CAP02_000014081 | CAP02_000014088 | 8 | (U) 2021-03-23_Sargent_Trackfone_GJ Subpoena and Omnibus NDO.pdf |