## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-258 (TFH)** |
| | : | |
| **TROY SARGENT,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby files its August 20, 2021 discovery letter in this case, which was

served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    _____/s/_____
MICHAEL J. ROMANO
Trial Attorney, Detailee
IL Bar No. 6293658
555 4th Street, N.W.
Washington, D.C. 20530
202-307-6691
michael.romano@usdoj.gov

### CERTIFICATE OF SERVICE

On this 20th day of August, 2021, a copy of the foregoing was served on counsel for the
defendant via the court's Electronic Filing System

*/s/ Michael J. Romano*
Michael J. Romano
Trial Attorney / Detailee



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 20, 2021

Joshua Hanye, Esq.
Assistant Federal Public Defender
Federal Public Defender's Office for the District of Massachusetts
51 Sleeper Street, 5th Floor
Boston, MA 02210

      Re:    *United States v. Troy Sargent*
            Case No. 1:21-cr-00258 (TFH)

Dear Counsel:

    I am writing to memorialize production of discovery in this matter. On August 20, 2021, the government provided you with the following items from the FBI's case file by way of USAfx, in a folder titled *US v. Troy Sargent – Discovery.*

2

| | | | |
|---|---|---|---|
| 0176-BS-3382583_0000030 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 474 KB |
| 0176-BS-3382583_0000030_1A0000025_0000001_PHYSICAL | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 2 KB |
| 0176-BS-3382583_0000030_Import | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 132 KB |
| 0176-BS-3382583_0000031 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 396 KB |
| 0176-BS-3382583_0000031_1A0000026_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 345 KB |
| 0176-BS-3382583_0000032 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 405 KB |
| 0176-BS-3382583_0000032_1A0000027_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 3,908 KB |
| 0176-BS-3382583_0000032_1A0000027_0000002_PHYSICAL | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 2 KB |
| 0176-BS-3382583_0000032_1A0000027_0000003 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 2,471 KB |
| 0176-BS-3382583_0000033 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 363 KB |
| 0176-BS-3382583_0000036 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 377 KB |
| 0176-BS-3382583_0000036_1A0000030_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 317 KB |
| 0176-BS-3382583_0000036_1A0000031_0000001_PHYSICAL | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 2 KB |
| 0176-BS-3382583_0000037 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 504 KB |
| 0176-BS-3382583_0000037_1A0000032_0000001 | 7/13/2021 10:24 AM | MP4 Video File (VLC) | 4,411 KB |
| 0176-BS-3382583_0000037_1A0000032_0000002 | 7/13/2021 10:24 AM | MP4 Video File (VLC) | 25,027 KB |
| 0176-BS-3382583_0000037_1A0000032_0000003 | 7/13/2021 10:24 AM | MP4 Video File (VLC) | 5,662 KB |
| 0176-BS-3382583_0000037_1A0000032_0000004 | 7/13/2021 10:24 AM | MP4 Video File (VLC) | 4,987 KB |
| 0176-BS-3382583_0000037_1A0000032_0000005 | 7/13/2021 10:24 AM | MP4 Video File (VLC) | 5,744 KB |
| 0176-BS-3382583_0000038 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 377 KB |
| 0176-BS-3382583_0000039 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 352 KB |
| 0176-BS-3382583_0000039_1A0000033_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 230 KB |
| 0176-BS-3382583_0000039_1A0000034_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 231 KB |
| 0176-BS-3382583_0000040 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 353 KB |
| 0176-BS-3382583_0000040_1A0000035_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 284 KB |
| 0176-BS-3382583_0000041 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 389 KB |
| 0176-BS-3382583_0000042 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 425 KB |
| 0176-BS-3382583_0000042_1A0010566_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 242 KB |
| 0176-BS-3382583_0000043 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 425 KB |
| 0176-BS-3382583_0000043_1A0011701_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 242 KB |
| 0176-BS-3382583-GJ_0000006 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 409 KB |
| 0176-BS-3382583-GJ_0000006_1A0000005_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 34 KB |
| 0176-BS-3382583-GJ_0000006_1A0000005_0000002 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 6 KB |
| 0176-BS-3382583-GJ_0000006_1A0000005_0000003 | 7/13/2021 10:24 AM | Text Document | 7 KB |
| 0176-BS-3382583-GJ_0000006_1A0000005_0000004 | 7/13/2021 10:24 AM | Text Document | 2 KB |
| 0176-BS-3382583-GJ_0000006_1A0000005_0000005 | 7/13/2021 10:24 AM | Text Document | 3 KB |
| 0176-BS-3382583-GJ_0000006_1A0000005_0000006 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 29 KB |
| 0176-BS-3382583-GJ_0000006_1A0000005_0000007 | 7/13/2021 10:24 AM | TIF File | 258 KB |
| 0176-BS-3382583-GJ_0000007 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 409 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000001 | 7/13/2021 10:24 AM | HTML Document | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000002 | 7/13/2021 10:24 AM | Text Document | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000003 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 4 KB |

| | | | |
|---|---|---|---|
| 0176-BS-3382583-GJ_0000007_1A0000006_0000004 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 721 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000005 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000006 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 11 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000007 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000008 | 7/13/2021 10:24 AM | Microsoft Excel Work... | 11 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000009 | 7/13/2021 10:24 AM | Microsoft Excel Work... | 14 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000010 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 19 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000011 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000012 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 13 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000013 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000014 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000015 | 7/13/2021 10:24 AM | HTML Document | 4 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000016 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 14 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000017 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000018 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 103 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000019 | 7/13/2021 10:24 AM | Microsoft Excel Com... | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000020 | 7/13/2021 10:24 AM | Text Document | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000021 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 721 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000022 | 7/13/2021 10:24 AM | Text Document | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000023 | 7/13/2021 10:24 AM | HTML Document | 4 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000024 | 7/13/2021 10:24 AM | Text Document | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000025 | 7/13/2021 10:24 AM | Text Document | 1 KB |
| 0176-BS-3382583-GJ_0000007_1A0000006_0000026 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 17 KB |
| 0176-BS-3382583-GJ_0000008 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 397 KB |
| 0176-BS-3382583-GJ_0000008_1A0000007_0000001 | 7/13/2021 10:24 AM | Adobe Acrobat Docu... | 364 KB |

Additionally, earlier this week, the government sent you one Blu-ray disk containing Cellebrite extractions from the phones seized from your client on the day of his arrest and two DVDs with the search warrant returns from your client's Facebook accounts.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case. To date, the government has not designated any material in this case as "sensitive" or "highly sensitive" pursuant to the Protective Order. None of the material described in this letter is classified as "sensitive" or "highly sensitive."

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,


*/s/ Michael J. Romano*
Michael J. Romano
Trial Attorney / Detailee