UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal No. 21-CR-00258-TFH |
| TROY SARGENT, | : | |
| Defendant. | : | |

DEFENDANT'S UNOPPOSED MOTION TO RECONSIDER
DENIAL OF MOTION TO DISMISS AS MOOT

Now comes Defendant, Troy Sargent, with the assent of the government, and moves this Honorable Court to reconsider its denial of Defendant's Motion to Dismiss as moot in light of the recent Superseding Indictment. See Dkt. 32, Superseding Indictment; Minute Order, November 15, 2021. The parties have conferred and agree that the arguments presented for and against the dismissal of the original Indictment apply equally to the Superseding Indictment. See Dkt. 26, 28, 31.  Defendant therefore requests that the case again be scheduled for a hearing on the Motion to Dismiss. Both parties will be prepared to argue the Motion to Dismiss on November 19, 2021. That date was previously set for a hearing on the motion, but was recently changed to a Status Conference by the Court in light of the Superseding Indictment. Minute Order, November 15, 2021. In the event the Court is not available for a hearing on November 19th, the Defendant requests that another hearing date be set at a time convenient to the Court.

1

The government has represented to the defense that a Superseding Indictment was obtained in many cases stemming from the events at the U.S. Capitol on January 6, 2021 in order to include additional charging language, but not in response to the arguments made in Mr. Sargent's Motion to Dismiss.

        Respectfully Submitted,
        TROY SARGENT
        By his attorneys,

        */s/ Joshua R. Hanye*
        Joshua R. Hanye
        MA B.B.O. No. 661686
        Joshua_Hanye@fd.org

        Wade Zolynski
        MT Bar No. 6088
        Wade_Zolynski@fd.org

        Federal Defender Office
        51 Sleeper Street
        Boston, MA  02210
        Tel: 617-223-8061

**Certificate of Service**

I hereby certify that this document was sent electronically to those registered through ECF on November 17, 2021.

        */s/ Joshua R. Hanye*
        Joshua R. Hanye