# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No.: 21-cr-00258-TFH |
| | : | |
| TROY SARGENT | : | |

## NOTICE OF APPEARANCE

Now comes Attorney Wade Zolynski of the Federal Public Defender Office for the Districts of Massachusetts, New Hampshire, and Rhode Island and hereby enters his appearance on behalf of Defendant Troy Sargent in the above-captioned matter.

Respectfully submitted,

*/s/ Wade Zolynski*
MT Bar No. 6088
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 17, 2021.

*/s/ Wade Zolynski*
Wade Zolynski