UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**TROY SARGENT,**

         **Defendant.**

Case No.  21-cr-00258 (TFH)

## ORDER

    In his pending Motion to Dismiss Superseding Indictment [ECF No. 37], defendant Troy Sargent moves the Court to dismiss the superseding indictment against him, arguing that "all six counts fail to state an offense and proceeding under the superseding indictment violates the Fifth and Sixth Amendments of the United States Constitution and Rule 7(c)(1) of the Federal Rules of Criminal Procedure." Def.'s Mot. to Dismiss at 1. The government opposes the motion, asserting that it is meritless and should be denied. Mem. in Opp'n [ECF No. 38] at 1.

    Having considered the parties' briefing and the arguments made during the February 2, 2022 motion hearing, it is hereby **ORDERED** that Defendant's Motion to Dismiss Superseding Indictment [ECF No. 37] is **DENIED**. The reasons for this ruling will be explained in a forthcoming Memorandum Opinion.

**SO ORDERED.**

March 30, 2022

                                        Thomas F. Hogan
                                        United States District Judge