UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal No. 21-CR-00258-TFH |
| TROY SARGENT, | : | |
| Defendant. | : | |

ASSENTED-TO MOTION FOR VIDEO PLEA

Now comes Defendant, Troy Sargent, with the assent of the government, and moves this Honorable Court to conduct the Rule 11 Hearing currently scheduled for June 27, 2022 by video conference. In support thereof, on June 9, 2022 the Chief Judge of this Court authorized the use of video conferencing for felony pleas and trials until August 11, 2022. Standing Order No. 22-35 (BAH). Such authorization is based on a finding, pursuant to the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), that "requiring all such felony pleas and sentencings to be conducted in person would pose continued serious jeopardy to public health and safety." Id.

In addition to the risks posed by the COVID-19 pandemic, both Mr. Sargent and counsel reside in Massachusetts. A videoconference would avoid the unnecessary time and expense of traveling to the District of Columbia for the Rule 11 Hearing.

        Respectfully Submitted,
        TROY SARGENT
        By his attorney,

        */s/Joshua R. Hanye*
        Joshua R. Hanye
        MA B.B.O. No. 661686
        Joshua_Hanye@fd.org
        Federal Defender Office
        51 Sleeper Street
        Boston, MA  02210
        Tel: 617-223-8061

## Certificate of Service

    I hereby certify that this document was sent electronically to those registered through ECF on June 14, 2022.

        */s/ Joshua R. Hanye*
        Joshua R. Hanye