CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal Case No.: 21-258 (TFH) |
| TROY SARGENT | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*/s/ Troy Sargent*
_____
Defendant

*/s/ Joshua R. Hanye*
_____
Counsel for Defendant

I consent:

*Michael J. Romano*
_____
Assistant United States attorney

Approved:

*Thomas F. Hogan*                      Date: 6/27/22
_____
Thomas F. Hogan
United States District Judge