UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. 1:21-cr-258-TFH |
| v. | : |
| | : |
| TROY SARGENT, | : |
| | : |
| Defendant. | : |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned counsel, hereby moves for a continuance of the sentencing hearing currently scheduled for October 3, 2022. On that day, counsel for the government will be in trial in the matter of *United States v. Russell Dean Alford*, 1:21-cr-00263 (TSC), and unavailable. To accommodate this conflict, and to ensure adequate time for the preparation and submission of sentencing memoranda, the government requests a continuance of the hearing to a date on or after October 31, 2022. Undersigned counsel has conferred with the counsel for the defendant, who has no objection to this request.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  D.C. Bar No. 481052

By:     */s/ Michael J. Romano*
           MICHAEL J. ROMANO
           Trial Attorney, Detailee
           IL Bar No. 6293658
           555 4th Street, N.W.
           Washington, D.C. 20530
           Telephone No. (202) 307-6691
           michael.romano@usdoj.gov