UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　v.<br><br>**Troy Sargent,**<br><br>　　　　**Defendant.** | Criminal Action No. 21-00258 (TFH) |

## ORDER

　　For the reasons provided on the record at the hearing held yesterday, October 11, 2022, and based on consideration of the of the Pretrial Violation Reports filed by Pretrial Services, *see* ECF Nos. 61 & 62, the evidence and the record in this case, the arguments of the parties, and the standards set forth in 18 U.S.C. § 3148, the Court finds:

1. By clear and convincing evidence, that the Defendant violated the conditions of his release by using a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, testing positive for illicit substances on numerous occasions, as alleged in the above Pretrial Violation Reports; and

2. That Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. §§ 3148(b)(1)(B), (b)(2)(B).

　　Thus, it is hereby ORDERED that the Defendant's Pretrial Supervision is revoked, and Defendant shall be remanded to the custody of the Attorney General or the Attorney General's designated representative pending sentencing.

It is FURTHER ORDERED that by Monday, October 17, 2022, at 11:00 AM, the Defendant shall self-surrender to the U.S. Marshal Service Office located at 300 State Street, Springfield, MA 01105.

It is FURTHER ORDERED that Defendant's current conditions of release shall remain in effect until the defendant self-surrenders.

**SO ORDERED.**

_____
Thomas F. Hogan
United States District Judge