**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:21-cr-258-TFH** |
| **v.** | : | |
| | : | |
| **TROY SARGENT,** | : | |
| | : | |
| **Defendant.** | : | |

**SECOND, UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its undersigned counsel, hereby moves for a second continuance of the sentencing hearing, currently scheduled for November 2, 2022. Sentencing originally was scheduled for October 3, 2022, and was continued due to a conflict with government counsel's trial calendar. Undersigned counsel's trial calendar continues to conflict preparation of the sentencing memorandum in this case. Additionally, undersigned counsel is transferring to a new position within the unit handling the cases arising out of January 6, 2022, which requires a transfer of cases and additional responsibilities, further delaying the preparation of the government's sentencing memorandum. The government has conferred with counsel for the defendant, who has no objection to a continuance of the sentence. The parties propose that the matter be rescheduled to a time during the week of November 28, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     _/s/ Michael J. Romano_
MICHAEL J. ROMANO
Deputy Chief, Capitol Siege Section
U.S. Attorney's Office for the District of Columbia
Telephone No. (202) 415-5346
michael.romano2@usdoj.gov