UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal No. 21-CR-00258-TFH |
| TROY SARGENT, | : | |
| Defendant. | : | |

ASSENTED-TO MOTION TO EXTEND TIME
TO FILE SENTENCING MEMORANDUM

Now comes Defendant, Troy Sargent, with the assent of the government, and moves this Honorable Court to extend the deadline for filing a sentencing memorandum in this case by one day until December 6, 2022. Sentencing is currently scheduled for December 12, 2022. The Court previously required sentencing memoranda to be filed one week before sentencing. See June 27, 2022 Minute Entry. Due to obligations in other cases, counsel does not expect to complete the sentencing memorandum by the current deadline of December 5, 2022, and so requests a one-day extension.

Respectfully Submitted,
TROY SARGENT
By his attorney,

/s/ Joshua R. Hanye
Joshua R. Hanye
MA B.B.O. No. 661686
Joshua_Hanye@fd.org
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

1

## Certificate of Service

I hereby certify that this document was sent electronically to those registered through ECF on December 5, 2022.

*/s/ Joshua R. Hanye*
Joshua R. Hanye
