UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Criminal No. 21-CR-00258-TFH |
| | : | |
| TROY SARGENT, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S SENTENCING MEMORANDUM**

**DEFENSE EXHIBIT A**

**LETTERS IN SUPPORT OF TROY SARGENT**

November 8, 2022

Hon. Thomas F. Hogan
U.S. District Court

Your Honor;

My name is Karen Sargent. I live in Pittsfield, Massachusetts, and I am Troy Sargent's mother.

I understand that Troy committed a serious crime by assaulting an officer and committing a civil disorder.

To say that Troy is a dedicated father and family man may be an understatement. When his girlfriend became pregnant, he proposed buying a large house that we could all live in together so he could care for me as I age and at the same time we could work together to care for and raise the baby. He would gently rub his girlfriend's belly, and cook, clean and do laundry.

Since the baby was born, Troy regularly takes him to doctor appointments, takes him for walks, feeds, diapers, reads and otherwise cares for him while his girlfriend is at work or out of the house. He is so hands on that he would give me instructions on how to hold, feed, and diaper him. He would regularly bring him to my house and give him a bath because all they have is a shower.

Troy is always willing to work around my 100-year-old home. He built me a deck railing and exterior stairs to satisfy my insurance company, removed a wood stove for me, and painted many of my interior rooms. He has resolved many safety concerns at my house and removed a very large mildewed carpet from my bedroom.

I have called Troy when my car is stuck in the snow. I recall one instance last year I called him at 7 am because my road was not plowed. He dropped everything and came right away. He shoveled practically the whole street so I could get to work.

Troy is always willing to help me get to and from doctor and medical appointments. He drove me three hours to Boston for two cataract surgeries one week apart last year. He recently picked me up from a day surgery and is always glad to help me whenever I ask. Even if inconvenient, Troy finds a way to be there for me.

Troy is a physically strong and capable person. I recall that just out of high school he wanted to join the Marines. I remember thinking that he'd make a great Marine, due to his discipline, strength, and drive. For various reasons it didn't end up working out for him. First they wouldn't accept him because he had a GED, and then his girlfriend became pregnant. I know if it had worked out for him, he would have been a success and gone far.

At the age of 19 I felt Troy had a bright future. He chose to become a dad, and raise not only his unborn child, but to be a father to his then girlfriend's 3-year-old daughter. Due to a tumultuous relationship, their situation fell apart and he started going down the wrong path. He put on a mask of hardness and machismo which he wore until just after the events of January 6th, 2021. Troy struggled for several years, but pulled himself out of that through hard work and dedication.

Troy's father and I separated when he was about 3. He, his one-year-old brother, and I left the marriage due to his father's drug, alcohol, and emotional abuse. I don't believe Troy ever had a particularly great relationship with his father and he stopped his visitation when he was about 13. Troy's father passed away when he was just 15.

Around the time when Troy's father ceased contact with him, Troy found a father figure when he attended a week of summer camp at the Kripalu Center for Yoga and Health, which was designed to incorporate a love of nature with yoga, personal awareness, and spiritual grown. Troy connected with one of the teachers who became a mentor to him. Tom took Troy to museums, events in New York, fishing, canoeing, and many other activities. He even gave me money for Christmas to make sure both of my kids had what they wanted. They had a close relationship for at least a year. Then Tom did exactly what I was afraid of, and had asked him not to ever do. He decided to quit his job and move to Florida. He never kept in touch with Troy after that at all. This separation led to distrust and a need for belonging and attention.

Troy always loved fishing, canoeing, hiking, and generally being out in nature. We have gone on many hikes together, getting up early on a weekend day to hike Mt. Greylock or Flag Rock. He is also very creative, as he loves to draw and listen to music.

He has always been very honest, sensitive, loving, funny, and an extremely keen judge of character. He was and still is a kind and generous person. He often gives meals to homeless people that collect money at the intersection outside of his apartment, as well as to other tenants in his building who are in need. He has put on full barbecues outside for all the tenants in his building, asking nothing in return.

Even though Troy had some years of struggles, he always remained a hard worker who always wanted to perform a task the right way, without cutting corners, and by following proper protocols. This honesty and work ethic worked against him in two companies that wanted to cut corners and not follow OSHA guidelines. Troy's principals of right and wrong are strong.

I have some sense of how Troy came to believe dangerous, false conspiracy theories. During a time he was living with his brother they were unable to afford cable. Without television entertainment, I saw Troy start to watch Youtube videos. His interest in science led him to videos about chemtrails. As you may know, when the video you are watching is over, another, similarly themed video will pop up for you to watch. He then moved to watching videos on weather patterns, and how it can be manipulated by man. These videos led to more videos and "documentaries" about whether or not we actually landed on the moon, and that the events of 911 were a hoax, among much more misinformation and conspiracy theories.

2

At some point he started a Facebook page called "411 of the Pittsfield Streets." He aimed to "educate" the population on these issues, and he saw that as a service to them. He would also send me numerous videos and ask me to watch. This constant attempt to bring these messages to me, and the general public were certainly annoying. I hate to admit it, but inviting Troy to family events was fraught with worrying about how passionate he will be about his latest belief. As these suggested videos about different conspiracies kept popping up, so did Troy's distrust for mainstream beliefs, the media, and the government. These controversial beliefs just led him to conservative media outlets, and other vehicles of misinformation.

Since the events of January 6th, Troy no longer tries to 'educate' people on his beliefs. He is much more respectful of other points of view and understands that being in a free country allows everyone to believe what they believe. He doesn't send videos anymore and calmly engages with people who want to discuss a particular subject.

Troy now sees that his beliefs about Trump were off base, and that while he supported Trump, Trump did not support him at all. He was used, along with many, many others, to create energy and momentum for political causes that had no merit.

He knows full well that the part he played on January 6th was wrong. The morning of the 7th, he expressed extreme distress about the situation and his actions. He was visibly shaken to the core, and I can assure you, he changed that day. He realized the gravity of the situation, and made the biggest change I have ever seen in him. He expressed to me that at the time of the event, he had no idea of the magnitude of the scenario, regretted going and was ashamed to have been a part of it.

Since then, he has dropped his macho façade, and let his kindness and compassion come to the surface. He has become more honest about who he is, letting his vulnerability and sensitivity show. He has become much more focused on what really matters in life, being a good person, a loving father, and a dedicated son. His relationships with everyone became better. He was humbled, scared and sorry for his actions. He told me he wished he'd never gone to D.C. at all.

I respectfully ask for you to consider the fact that Troy has taken responsibility for his actions, is remorseful, and has made significant changes to his focus and lifestyle. His ability to be a good, productive and present father to his sons, is not only valuable to his family, but I believe to our society.

Karen Sargent
10 Underhill Pl
Pittsfield, MA 01201
727-510-0510

November 20, 2022

Hon. Thomas F. Hogan
U.S. District Court

Your Honor,

My name is Kerissa Hillard of Pittsfield Massachusetts. I am Troy Sargent's girlfriend and the mother of his baby boy, Elon.

I understand that Troy committed serious crimes by assaulting a police officer and being part of a civil disorder.

Troy is an amazing father. He and Elon are extremely close.

He has always been kind and very generous. He always fixes the neighbors' cars. I have seen him spend all day fixing the neighbor's car in the summer without any compensation. He has cooked for everyone in our apartment building, even the homeless guy on the corner. Even if he didn't cook, he'd give him water, snacks and cigarettes.

Troy took care of me when I was pregnant. I was on bedrest and didn't work. He gave me a place to stay, took care of me financially, did the cooking, cleaning, laundry, and drove me places. When the Covid restrictions were lifted, he went to my doctor's appointments with me. And he continued to take care of me and Elon until he had to turn himself in to jail. He had Elon most of the time while I was at work. When he had his class for probation I would be home, but when he was done, he'd take care of the baby while I went to work.

When we first got together Troy didn't want to have another child because he messed up and wasn't there for Troy Jr. Once my pregnancy got underway he changed his mind and became very loving and attentive.

Troy is very smart, very kind, and he does have a big heart. He is very generous and loving.

We planned to go to DC as a fun trip. I had never been there and we were going to go sightseeing. The first night we were there, there was a huge festival outside with food trucks music and a lot of people. We had a lot of fun.

The next morning we went and saw Trump. He was making an announcement and told everyone to go to the Capitol.

After that we went and got a burger and then went to the Capitol. Maybe 10 minutes after we got there, it seemed like a million people were there, pushing and pushing and trying to get over the wall. I started getting scared and nervous because of all the people. Troy was going up to take a picture of all the people in the crowd behind us. Then I saw flash-bangs when Troy was taking pictures. There was a lot of smoke, people couldn't see, they were coughing, I was coughing, and our eyes were burning. I lost Troy at that point. And I had no cell service at all. I was alone and couldn't reach Troy.

I found my way back to the hotel. I didn't know why they were throwing things into the crowd, because we were just standing there, and it was scary. I was pregnant at the time, so once I saw the smoke I got scared and left.

Troy came back to the hotel shortly after 8pm. And told me that they told everyone they had to go home.

He did tell me that he regrets getting involved at the scene. He said he never wants to go back to DC as long as he lives.

After January 6th we thought we put it all past us. When the police came to our house to get him, he was very nervous, stressed and scared because he knew the outcome wouldn't be good. He's never been involved in anything like this before. Since then, he knows what he did was wrong, and the events weren't worth it because he's missing out on his first son's college experience, and his one year old's milestones. Troy missed his son's first steps while he was in jail.

I know that what Troy did was wrong. I just wanted you to know the positive impact Troy makes in our lives, and that it will be very difficult for Elon and I while Troy is in jail.

Thank you for your understanding and for reading this letter and allowing us to speak on Troy's behalf.

Kerissa Hillard

November 12, 2022

Hon. Thomas F. Hogan
U.S. District Court

Your Honor;

My name is Paul Sargent, of Pittsfield, Massachusetts. I am Troy Sargent's brother.

I am writing a letter of support for Troy. I am aware of the serious crimes that he committed by assaulting and officer and committing a civil disorder.

While Troy and I have not always been the closest or seen eye to eye on many issues, he has been someone I can count on when I really need help. He is a hard-working guy who always helps out the underdog. He doesn't see himself above anyone. He is generous, and feeds and gives money to homeless people when he can. He always donates outgrown baby clothes to Goodwill so people in need can get them at a good price. He will fix his own car and other people's when they need it.

Whether it's moving heavy furniture or projects around the house, he is there when I need him. I can rely on Troy to be there for me. He's not afraid of demanding and physical work.

I have watched Troy pull himself out of a destructive path and make positive changes.

He asked me to go to the rally in D.C. and I declined.

When he saw the entire scene on the news the next day he was scared, shaken up and he completely wished he never went. I know if he could take back going and getting involved in that, he would.

Since January 6th, he's been a different person in a good way. He really has reflected on his life and made some serious changes. He dedicated himself to becoming a better father and a better boyfriend. He does everything around their apartment and is the primary caretaker for the baby. He does the grocery shopping, cooking, laundry, and cleaning.

I've seen his relationships grow and change for the better, including with our mother. He helps her a lot with doctor appointments and things at her house. He and I have a better relationship as well.

Troy has expressed remorse for what he has done, and I truly believe he is remorseful. He has owned up to his actions. He understands that he'll have to face a punishment for what he did. I hope you'll take into account that he's a terrific parent to a baby boy that needs a good father, and that he has a good job waiting for him when he gets out.

Respectfully submitted,

Paul Sargent

November 26, 2022

Hon. Thomas F. Hogan
U.S. District Court

Your Honor;

My name is Troy Sargent, Jr. I am Troy Sargent's son. I am from Pittsfield, Massachusetts and I am currently attending college at the University of Northern Ohio in Lima, Ohio.

I know my dad committed a serious crime by assaulting a police officer and committing a civil disorder.

In spite of that crime, I know my father as a good person. He is not a violent man. He did what he could for me when I was growing up. We had a little spot in the woods we call "the hut" where we would go most weekends when the weather allowed. We would go fishing, shoot targets and cans with pellet guns, catch snakes and keep them as pets, and my favorite part, which was building little teepees, huts, and a bunch of things with only the dead trees and big branches.

My mother had me on meds when I was younger, and my dad was my only advocate to get me off. Thankfully after months of him gathering all of the records and info that he could, and taking them to the court, I was able to stop taking them.

When I first turned 16, he bought me a car to work on with him! We, (mainly him), put a bunch of new parts in, including a suspension. I was able to drive it around for 3 days, then the transmission went. We plan to get it back on the road but a transmission, even used, is pricey,

Since January 6th, my Dad has become much more quiet. He never boasted to us about what happened. We don't normally talk about our emotions, and I noticed that he doesn't bring up, or is as passionate about how he feels about some of the things he used to believe in. He doesn't raise his voice anymore or try to always bring these things up. This change makes me feel like he is remorseful and regrets going to Washington. Overall I think that he definitely got caught up in the moment and never really meant to cause any damage or harm to anybody.

I know what he did was wrong and he understands it. I just wanted you to know all the good things about my dad too. Thank you.

Troy E. Sargent, Jr.