UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Criminal No. 21-CR-00258-TFH |
| | : | |
| TROY SARGENT, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE EXHIBIT UNDER SEAL

Now comes Defendant Troy Sargent and moves this Honorable Court for leave to file an exhibit in support of the Defendant's Sentencing Memorandum under seal. In support thereof, the intended exhibit is the Transcript of the September 23, 2022 Sentencing Hearing in *United States v. Thomas Patrick Hamner*, 21-cr-689-ABJ. The transcript is relevant to sentencing in the present matter because it includes a discussion of, and Judge Berman Jackson's resolution of, the same guidelines dispute at issue here. The transcript is not yet publicly available on ECF in the *Hamner* matter itself. In order to comply with the Court's rules and procedures for public release of transcripts, the defense moves that the transcript exhibit be filed under seal and remain so until the transcript becomes publicly available in *Hamner*.

                    Respectfully Submitted,
                    TROY SARGENT
                    By his attorney,

                    */s/Joshua R. Hanye*
                    Joshua R. Hanye
                    MA B.B.O. No. 661686
                    Joshua_Hanye@fd.org
                    Federal Defender Office
                    51 Sleeper Street
                    Boston, MA  02210
                    Tel: 617-223-8061

**Certificate of Service**

I hereby certify that this document was sent electronically to those registered through ECF on December 7, 2022.

                    */s/ Joshua R. Hanye*
                    Joshua R. Hanye