UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal No. 21-CR-00258-TFH |
| TROY SARGENT, | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Defendant Troy Sargent hereby appeals his sentence to the United States Court of Appeals for the District of Columbia Circuit. Judgment entered December 20, 2022.

                Respectfully submitted,
                TROY SARGENT
                By his attorney,

                */s/ Joshua R. Hanye*
                Joshua R. Hanye
                MA B.B.O. No. 661686
                Joshua_Hanye@fd.org
                Federal Defender Office
                51 Sleeper Street
                Boston, MA  02210
                Tel: 617-223-8061

**Certificate of Service**

I hereby certify that this document was sent electronically to those registered through ECF on January 3, 2023.

                */s/ Joshua R. Hanye*
                Joshua R. Hanye