# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3005**                                                              **September Term, 2023**

1:21-cr-00258-TFH-1

**Filed On: August 2, 2024** [2068010]

United States of America,

    Appellee

  v.

Troy Sargent,

    Appellant

## M A N D A T E

    In accordance with the judgment of June 7, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed June 7, 2024